**FILED**
DISTRICT COURT OF GUAM

JUL 01 2016

JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF GUAM
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

Jaydeen C. Delacruz
P.O. Box 5484
Hagatna Guam, 96932

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

GGFCU The people's Bank
Government of Guam
Employees federal Credit Union

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for Employment
Discrimination**

Case No. **16-00061**

*(to be filled in by the Clerk's Office)*

Jury Trial: ☐ Yes ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jaydeen C. DelaCruz
Street Address: #8A Toves Apts.
City and County: Old Agat
State and Zip Code: Guam, 96932
Telephone Number: 671·689·8495
E-mail Address: jaydeendelacruz27@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: GGFCU Federal Credit Union
Job or Title (if known): Owner
Street Address: Maite (near Tiyan Area)
City and County: Guam,
State and Zip Code: 96910
Telephone Number: 671·477·
E-mail Address (if known): GovGuam.EmployeeFCU.com

Defendant No. 2

Name: Employees
Job or Title (if known):
Street Address:
City and County:

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

C.  **Place of Employment**

The address at which I sought employment or was employed by the defendant(s)
is:

Name _____ OMSC OverSeas Military Sales Corp.

Street Address _____ Naval Base

City and County _____ Guam,

State and Zip Code _____ 96915

Telephone Number _____ 671·564·2850

671·689·9850

3

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:
Civil Services Employees GS·15

☑ Relevant state law *(specify, if known)*:
New York City ; Los Angles ; Okinawa,
Nevada ; Texas

☑ Relevant city or county law *(specify, if known)*:
Japan , Guam, Saipan, Tinian,
Rota.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☑ Failure to hire me.
- ☑ Termination of my employment.
- ☑ Failure to promote me.
- ☑ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☑ Other acts *(specify)*: Races/WCC

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

1998-2001 / 2001-2003 / 2004-2007

C. I believe that defendant(s) *(check one)*:

- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☑ race Chamorita Girl
- ☑ color Brown Eyes
- ☑ gender/sex Female
- ☑ religion Catholic
- ☑ national origin Guamainian speak English
- ☑ age. My year of birth is 11 / 01 / 83 *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☑ disability or perceived disability *(specify disability)* none

E. The facts of my case are as follows. Attach additional pages if needed.

5

*I walked into the bank to get finance approved for a special loan (Bonus for Christmas) $3,000. to pull-out and the pay off $3,000. – I purchased some items for Christmas with a loan financed though GGFCU. Then I payed-off the account right away. not a member.*

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

*not a Employee of GovGuam. not established any credit.*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

____*2015 - 2016 January.*____

B.  The Equal Employment Opportunity Commission *(check one)*:

☑  has not issued a Notice of Right to Sue letter.

☐  issued a Notice of Right to Sue letter, which I received on *(date)*

_____.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑  60 days or more have elapsed.

☐  less than 60 days have elapsed.

6

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

raped a few times ; without Condum ;
S.t.D. / pregnant. Sexual assult.
pornographical shows. did not call navy police
did not call F.B.I. I made some purchases
worth amount $180,000. in damages
that accured I lived in a Hotel at the
time of that event. They had a big
Typhoon if I could remember
it was Typhoon Omar.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 31, 20 16

Signature of Plaintiff  Jurjleen Catherine DelaCruz

Printed Name of Plaintiff  Jurjleen Catherine DelaCruz

7

**B.** **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |